1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. SAIN,

       Plaintiff,              No. CIV S-05-2629 LKK JFM P

   vs.

BOARD OF PRISON TERMS,
et al.,

       Defendants.      <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 6, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  The findings and recommendations were reserved on plaintiff on March 10, 2006.  Plaintiff has not filed objections to the findings and recommendations.[1]

_____

   [1] Since the findings and recommendations were filed plaintiff on February 9, 2006 paid a partial filing fee of $25.00 and on March 9, 2006 requested that hi consent to proceed before a magistrate judge be withdrawn.  Neither submission to the court contains any objection to the February 6, 2006 findings and recommendations.

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4        1.  The findings and recommendations filed February 6, 2006, are adopted in full;

5  and

6        2.  This action is dismissed without prejudice.

7  DATED: September 6, 2006.

8

9

10                                        LAWRENCE K. KARLTON
                                          SENIOR JUDGE
11                                        UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26